# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br>Victor Renardo Lowe,<br><br>Debtor(s). | CASE NO. 24-10721-lrc<br><br>CHAPTER 13 |

## NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
   - ☐ Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

   - ☒ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

   - ☒ Debtor has not made the appropriate deposit with the Court.

2.
   - ☐ Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: June 4, 2024

_____
VANIA S. ALLEN, Clerk of Court

United States Bankruptcy Court
18 Greenville Street, Room 215
Newnan, GA 30263

Notice to Landlord - 02/2016

# U.S. Bankruptcy Court
## Northern District of Georgia (Newnan)
### Bankruptcy Petition #: 24-10721-lrc

*Assigned to:* Judge Lisa Ritchey Craig
Chapter 13
Voluntary
Asset

*Date filed:* 06/03/2024
*341 meeting:* 07/11/2024
*Deadline for filing claims:* 08/12/2024
*Deadline for filing claims (govt.):* 12/02/2024

*Debtor*
**Victor Renardo Lowe**
53 Lakeshore Parkway
Newnan, GA 30263
COWETA-GA
SSN / ITIN: xxx-xx-1371

represented by **Victor Renardo Lowe**
PRO SE



*Trustee*
**Melissa J. Davey**
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303
678-510-1444

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2024 | 1 (11 pgs) | Voluntary Petition (Chapter 13) for Individual(s) Filed by Victor Renardo Lowe . Government Proof of Claim due by 12/2/2024. (rfs) Additional attachment(s) added on 6/3/2024 (klt). |
| 06/03/2024 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Victor Renardo Lowe . (klt) |
| 06/03/2024 | 3 (1 pg) | Pro Se Affidavit filed by Victor Renardo Lowe . (klt) |
| 06/03/2024 | 4 (1 pg) | Application to Pay Filing Fee in Installments filed by Victor Renardo Lowe . (klt) |
| 06/03/2024 | 5 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Victor Renardo Lowe . (klt) |
| 06/04/2024 |  | Notice of Debtor's Prior Filings for debtor Victor Renardo Lowe Case Number 22-10077, Chapter 7 filed in Georgia Northern Bankruptcy Court on 01/24/2022.(Admin) |

| 06/04/2024 | [6](#) (1 pg) | Order Granting Application by Debtor(s) to Pay Filing Fees in Installments. Debtor shall pay initial filing fee within 10 days from the filing of the petition or case will be DISMISSED. Service by BNC. Entered on 6/4/2024. (related document(s)[4](#)) (acj) |
| --- | --- | --- |
| 06/04/2024 | [7](#) (1 pg) | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 6/17/2024. Schedule(s) A/B-J due by 6/17/2024. Declaration About Debtors Schedules (B106) due 6/17/2024. Summary of Assets and Liabilities due 6/17/2024.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 Form Due: 6/17/2024. Chapter 13 Plan due by 6/17/2024. Credit Counseling Certificate due 6/17/2024. Debtor Payment Advices due: 6/17/2024. (acj) |
| 06/04/2024 | [8](#) (2 pgs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Confirmation Hearing. 341 Meeting to be held on 7/11/2024 at 11:30 AM via Zoom (Davey): Meeting ID 532 737 9517, Passcode 0833793911, Phone 1 (470) 924-1772. Confirmation Hearing to be held on 8/13/2024 at 09:30 AM Courtroom, 2nd floor, Newnan. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. (Admin) Objections for Discharge due by 9/9/2024 Non-Government Proof of Claims due by 8/12/2024. |



In re: 24-10721-LRC
Victor Renardo Lowe

CERTIFICATE OF MAILING

I certify that on June 4, 2024, I served a copy of the Notice to Landlord/Lessor Concerning Applicability of Exception to Automatic Stay at the addresses shown below by United States Mail.

Victor Renardo Lowe
53 Lakeshore Parkway
Newnan, GA 30263

Progress Residential North Trust
7500 N. Dodson Rd.
Scottsdale, AZ 85256

VANIA S. ALLEN, Clerk of Court

By: __/s/_____
Kimberly M. Williams,
Deputy-in-Charge,
Newnan Division